# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NTSF SEAFOODS JOINT STOCK CO.,<br>    *Plaintiff*,<br>v.<br>UNITED STATES,<br>    *Defendant*,<br>and<br>CATFISH FARMERS OF AMERICA, *et al.*,<br>    *Defendant-Intervenor*. | Ct. No. 20-00104<br><br>Before: M. Miller Baker, Judge |

## JUDGMENT

For the reasons stated in Slip Opinion 22-38 (ECF 70), it is hereby

**ORDERED** that Plaintiff's motion for judgment on the agency record (ECF 38, confidential; ECF 40, public) is **DENIED**, and it is further

**ORDERED** that Defendant and Defendant-Intervenors are **GRANTED** judgment on the agency record, and it is further

**ORDERED** that the portions of the U.S. Department of Commerce's final determination in this matter that relate to Plaintiff's claims are **SUSTAINED**.

Dated:    April 25, 2022          /s/ *M. Miller Baker*
         New York, New York      M. Miller Baker, Judge